

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00570-CV

**EX PARTE** Joshua Michael **GRAVES**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01405
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant, Texas Department of Public Safety, recover its costs of this appeal from appellee, Joshua Michael Graves.

SIGNED July 26, 2017.

_____
Rebeca C. Martinez, Justice